IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| SANDRA R. WOODING, ) | |
| ) | Case No. 4:10CV00006 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | By: Jackson L. Kiser |
| ) | Senior United States District Judge |
| Defendant. ) | |

Before me is the Report and Recommendation of United States Magistrate Judge B. Waugh Crigler, entered on September 16, 2010, recommending that the case be remanded to the Commissioner of Social Security ("Commissioner") for further proceedings. The Commissioner filed objections to the Magistrate's Report and Recommendation and the Plaintiff responded to those objections in turn. I have reviewed the Magistrate Judge's recommendation, Defendant's objections, Plaintiff's response, and relevant portions of the record. The matter is now ripe for decision. For the reasons set forth in the accompanying Memorandum Opinion, I **REJECT** the Magistrate's Report and Recommendation and **SUSTAIN** the Defendant's Objections. I **GRANT** the Defendant's Motion for Summary Judgment and **DISMISS** the case from the active docket of this Court.

The clerk is directed to send certified copies of this Order to all counsel of record and to Magistrate Judge B. Waugh Crigler.

Entered this 29th day of October, 2010.

                                                                                  s/Jackson L. Kiser              
                                                                                   Senior United States District Judge